## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DELTRON HARDWICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-cv-01574-LSC-JHE |
| | ) | |
| WARDEN PHYLLIS BILLUPS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## MEMORANDUM OPINION

On September 11, 2017, Petitioner Deltron Hardwick ("Hardwick") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Because Hardwick neither paid the $5.00 filing fee nor applied to proceed *in forma pauperis*, the Court issued a notice of deficient pleading on September 14, 2017, informing him that his failure to do one or the other within thirty days of the date of the notice would result in dismissal of his case for want of prosecution. (Doc. 2) (citing FED. R. CIV. P. 41(b)). That deadline has passed, and Hardwick has not paid the filing fee or filed an application to proceed *in forma pauperis*. Accordingly, his petition is due to be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. A separate order will be entered.

**DONE** AND **ORDERED** ON OCTOBER 25, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704